UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ABBIE L. GENAUTIS,

    Plaintiff,

vs.                                                                                  Case No. 2:17-cv-11672-TGB-DRG

PHILIP T. SOBASH,                                                    Hon. Terrance G. Berg

    Defendant.

_____/

| | |
|---|---|
| Kyle James Bristow (P77200) | James E. Stewart (P23254) |
| Farhat & Associates, PLLC | Derek R. Mullins (P81422) |
| 6053 Chase Rd. | Honigman Miller Schwartz and Cohn LLP |
| Dearborn, MI 48126 | 315 East Eisenhower Parkway |
| | Suite 100 |
| *Attorney for Plaintiff* | Ann Arbor, MI 48108-3330 |
| | (734) 418-4256 |
| | |
| | *Attorneys for Defendants* |

_____/

**STIPULATION
OF DISMISSAL WITH PREJUDICE**

    NOW COME Defendant Philip T. Sobash and Plaintiff Abbie L. Genautis, by and through their respective attorneys, and hereby stipulate and agree that this Action will be dismissed with prejudice with each of these Parties bearing their own costs and attorney's fees.

    WHEREFORE, the foregoing Parties respectfully request that this Honorable Court grant a Stipulated Order of Dismissal.

24868826.1

- 2 -

By: /s/ James E. Stewart
James E. Stewart (P23254)
Derek R. Mullins (P81422)
Honigman Miller Schwartz and Cohn LLP
315 East Eisenhower Parkway
Suite 100
Ann Arbor, MI 48108-3330
(734) 418-4256

*Attorneys for Defendants*

By: /s/ Kyle James Bristow
Kyle James Bristow (P77200)
Farhat & Associates, PLLC
6053 Chase Rd.
Dearborn, MI 48126

*Attorney for Plaintiff*

SO ORDERED.

/s/Terrence G. Berg
TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE

Dated: June 29, 2017

- 3 -

24868826.1